IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 09-04003-10-CR-C-NKL |
| RYAN M. KEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge William

Knox, to which no objection has been filed, the plea of guilty to Count 14 of the Superseding

Indictment entered on July 8, 2009 is now accepted.  Defendant is adjudged guilty of such offense.

Sentencing will be set by subsequent order of the court.


   s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge


Kansas City, Missouri
July 29, 2008